UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:  Case No. 20-40003-mar

    TORIE C. McBRYDE, Chapter 7

    Debtor. Hon. Mark A. Randon
_____/

James P. Frego, II (P55727)
Frego & Associates – The Bankruptcy Law Office PLC
Attorneys for Debtor
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088

Scott A. Chernich (P48893)
Patricia J. Scott (P73061)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Claimant, University of Michigan Credit Union
313 South Washington Square
Lansing, MI 48933
(517) 371-8133

_____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that University of Michigan Credit Union, a creditor and party-in-interest herein, hereby appears by its attorneys listed below, and pursuant to Bankruptcy Rule 2002 and 9010, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the following:

    Scott A. Chernich/Patricia J. Scott
    FOSTER, SWIFT, COLLINS & SMITH, P.C.
    313 South Washington Square
    Lansing, MI 48933

Dated: January 6, 2020

FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Claimant University of Michigan Credit Union

By: /s/ Patricia J. Scott
    Patricia J. Scott (P73061)

313 South Washington Square
Lansing, MI 48933
(517) 371-8132
pscott@fosterswift.com

34164:00226:4596721-1